IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 6 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02370-BNB

HARRIET WHITESHIRT,

Applicant,

v.

JAMES BEGAY, Acting Supervisory Correctional Specialist, Chief Ignacio Justice
        Center, Bureau of Indian Affairs, Ute Mountain Ute Agency, and
MICHELLE KEDELTY, Supervisory Correctional Specialist, Chief Ignacio Justice
        Center, Bureau of Indian Affairs, Ute Mountain Ute Agency,

        Respondents.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

        ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

        DATED November 6, 2008, at Denver, Colorado.

                                BY THE COURT:

                                 s/ Boyd N. Boland
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02370-BNB

Thomas W. Fredericks
Attorney at Law
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __11/6/08__

GREGORY C. LANGHAM, CLERK

By:_____
                  Deputy Clerk