**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02370-CMA-KMT

HARRIET WHITESHIRT,

    Applicant,

v.

JAMES BEGAY, Acting Supervisory Correctional Specialist, Chief Ignacio Justice
    Center, Bureau of Indian Affairs, Ute Mountain Ute Agency, and
MICHELLE KEDELTY, Supervisory Correctional Specialist, Chief Ignacio Justice
    Center, Bureau of Indian Affairs, Ute Mountain Ute Agency,

    Respondents.

---

**ORDER SETTING HEARING ON LAW AND MOTION CALENDAR**

---

This matter comes before the Court on its review of the docket. The Court has reviewed the parties' pleadings and briefs and those in the related cases captioned: *Big Medicine v. Begay, et al.*, No. 08-cv-02368 and *Sankey v. Begay, et al.*, No. 08-cv-2369.

The Court hereby schedules a non-evidentiary hearing on its law and motion calendar to address the November 25, 2008 decision by the Supreme Court of the Cheyenne-Arapaho Tribes in Case No. CNA-SC-08-05. Particularly, counsel for Petitioner and Respondents should be prepared to briefly discuss what effect the decision by the Cheyenne-Arapaho Supreme Court to reduce Petitioner's sentence will have on this case.

Such hearing shall be held on **December 11, 2008, at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel may appear at this hearing by telephone. To appear telephonically, counsel shall contact Lee Ross, Judicial Assistant, at **303-335-2174**, no later than two court days before the hearing to make arrangements.

DATED: December  3 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge